UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK HIMES, </br> </br>   Petitioner, </br> </br> v. </br> </br> J. GASTELO, WARDEN, </br> </br>   Respondent. | CASE NO. CV 17-9013-PSG (PJW) </br> </br> J U D G M E N T |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: 12/19/17

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\CV 17-9013 PSG (PJW) JGM.wpd